**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

### DASPIT LAW FIRM, PLLC, Appellant

### V.

### ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

The reporter's record in this accelerated appeal was due May 28, 2019. On June 18, 2019, after being informed by appellant that it had not yet paid the reporter's fee because it had not yet been invoiced, we ordered court reporter Janet Wright to file, within three days, written verification she had invoiced appellant. We further ordered her to file, within ten days, the reporter's record. To date, neither has been filed.

Because this appeal cannot proceed without the reporter's record, we **ORDER** Ms. Wright to file the requested verification, if payment has not yet been received, no later than July 12, 2019, and the reporter's record no later than July 22, 2019. *We caution Ms. Wright that*

*failure to comply may result in the Cour*t *taking any necessary steps to ensure the record is filed,*

*including ordering she not sit as a reporter until she has complied.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE